IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**Shawn Blas**

Plaintiff(s),

vs.  No. CIV  **1:23-cv-00774**

**Michelle Lujan Grisham, Office of the Governor, Patick M. Allen, & NM Department of Health**

Defendant(s).

INFORMATION SHEET FOR T.R.O.

Attorney(s) for Plaintiff(s): *(include phone #)*

**Marc M. Lowry, 500 4th St. NW, Suite 400, ABQ, NM  87102   505-243-1443**

Attorney(s) for Defendant(s): *(include phone #)*

**Raul Torrez,  408 Gallisteo St., Santa Fe, New Mexico  87501, 505 222-1089**

Nature of Underlying Claim: *(contract, tort, environment, etc.)*

**Civil Rights Action under 42 U.S.C. § 1983 to address a violation of the Second Amendment**

Jurisdiction: *(Cite Statutes)*

**28 U.S.C. § 1331, 42 U.S.C. § 1983**

Precise statement of activity sought to be restrained or compelled:

**Enjoin enforcement of Executive Order 2023-130 and  the September 8, 2023 Public Health Order**

HEARING

Estimated length of hearing:   **30 minutes**

Request hearing to be set for:  *(Select one)*

☒ Today    ☐ Tomorrow    ☐ Within One Week    ☐ Within Ten Days

NOTICE

Are all parties represented by counsel at this time?    ☒ Yes  ☐ No

Have the opposing party(ies) and their attorney(s) been notified ?    ☒ Yes  ☐ No

If answer is yes, when?    **I just emailed Raul Torrez, the NM Attorney General at 11:11 am**

If answer is no, why not?

Notice given by:   ☐ Phone   ☐ Fax   ☐ Letter   ☐ In Person   ☒ Other